FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RITA D., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY,[1] <br><br> Defendant. | No.  1:23-CV-03184-ACE <br><br> ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) <br><br> **ECF No. 5** |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 5.  Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney L. Jamala Edwards represents Defendant.  After considering the file and proposed order, **IT IS ORDERED:**

1.   The parties' Stipulated Motion for Remand, **ECF No. 5**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Martin O'Malley, Commissioner of Social Security, is substituted as the named Defendant.

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

sentence four of 42 U.S.C. § 405(g).  On remand, the Appeals Council shall instruct the Administrative Law Judge to:  (1) offer Plaintiff the opportunity for a new hearing; (2) reevaluate the evidence of record; and (3) issue a new decision.

    2.    **Judgment shall be entered for PLAINTIFF**.

    3.    An application for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, may be filed by separate motion.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED January 22, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2